IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Sarah Soisson v. Nuance Communications, Inc. In the 345th Judicial District Court for Travis County, Texas. Cause No. D-1-GN-16-001595

2. Was jury demand made in State Court?    Yes [X]    No [ ]

   If yes, by which party and on what date?

   Sarah Soisson                                    4/14/2016
   Party Name                                       Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   For Plaintiff Sarah Soisson:

   Mark Lazarz
   Shellist Lazarz Slobin LLP
   11 Greenway Plaza; Suite 1515
   Houston, TX 77046
   Tel: (713) 621-2277
   Fax: (713) 621-0993

   For Defendant Nuance Communications, Inc.:
   Earl M. (Chip) Jones, III
   Allison E. Moore
   Littler Mendelson, P.C.
   2001 Ross Ave., Suite 1500
   Dallas, TX 752-1

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   None

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None

**VERIFICATION:**

Allison Moore                                           5/16/2016
Attorney for Removing Party                             Date

Nuance Communications, Inc.
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)