# EXHIBIT A

REGISTER OF ACTIONS
VELVA L. PRICE
DISTRICT CLERK, TRAVIS COUNTY TEXAS

TIME: 01:16:01 PM
DATE: May 16, 2016
PAGE: 1

**D-1-GN-16-001595**  SOISSON V. NUANCE COMMUNICATIO
PARTY:
COURT/JUDGE: 345    345TH JUDICIAL DISTRICT COURT    STATUS: PN  PENDING
FILING DATE: 04-14-2016                              CASE TYPE: EMP  EMPLOYMENT DISCRIM HARASS
DATE CASE ENTERED: 04-14-2016
EVENT CATEGORY:
PERIOD:              TO

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|---|---|---|---|---|
| 04-14-2016 | PL 1 | ASM:GN CIVIL PETITION<br>LAZARZ MARK G | | $302.00 |
| 04-14-2016 | PL 1 | ASM:CITATION ISSUE<br>LAZARZ MARK G | | $8.00 |
| 04-14-2016 | PL 1 | ASM:JURY FEE CIVIL<br>LAZARZ MARK G | | $40.00 |
| 04-14-2016 | PL 1 | ORIGINAL PETITION/APPLICATION<br><br>PLAINTIFFS ORIGINAL PETITION | | |
| 04-14-2016 | | NEW:ORIGINAL PETITION/APPL | | |
| 04-14-2016 | PL 1 | PMT:GN CIVIL PETITION<br>Received Of: LAZARZ MARK G<br>Memo: 10118924 | L 164910 | $-302.00 |
| 04-14-2016 | PL 1 | PMT:CITATION ISSUE<br>Received Of: LAZARZ MARK G<br>Memo: 10118924 | L 164910 | $-8.00 |
| 04-14-2016 | PL 1 | PMT:JURY FEE CIVIL<br>Received Of: LAZARZ MARK G<br>Memo: 10118924 | L 164910 | $-40.00 |
| 04-15-2016 | DF 1 | ISS:CITATION<br><br>Form Number P01-39484<br>Issued by RUBEN TAMEZ (4701) ISS:CITATION<br>E-WRIT ISSUANCE SENT TO PRIVATE PROCESSOR<br>sent to process@courtrecords.com | | |
| 04-26-2016 | DF 1 | EXECUTED SERVICE<br><br>CITATION - NUANCE COMMUNICATIONS, INC. | | |
| 04-26-2016 | DF 1 | ORIGINAL ANSWER | | |

REGISTER OF ACTIONS
VELVA L. PRICE
DISTRICT CLERK, TRAVIS COUNTY TEXAS

TIME: 01:16:01 PM
DATE: May 16, 2016
PAGE: 2

**D-1-GN-16-001595**                                **SOISSON V. NUANCE COMMUNICATIO**

PARTY:
COURT/JUDGE: 345   345TH JUDICIAL DISTRICT COURT   STATUS: PN   PENDING
FILING DATE: 04-14-2016                            CASE TYPE: EMP   EMPLOYMENT DISCRIM HARASS
DATE CASE ENTERED: 04-14-2016
EVENT CATEGORY:
PERIOD:              TO

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|------|-------|-------|-----------|--------|
|      |       | DEFENDANT NUANCE COMMUNICATIONS, INC.'S ANSWER, AFFIRMATIVE DEFENSES, AND SPECIAL EXCEPTIONS | | |