# EXHIBIT C

04.137958

4/26/2016 12:15:13 PM

**Velva L. Price**
**District Clerk**
**Travis County**
**D-1-GN-16-001595**
**Rick Vittitow**

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-16-001595**

SARAH SOISSON

, Plaintiff

vs.

NUANCE COMMUNICATIONS, INC.

, Defendant

TO:  NUANCE COMMUNICATIONS INC
     BY SERVING CT CORPORATION SYSTEM (REGISTERED AGENT)
     1999 BRYAN STREET #900
     DALLAS, TEXAS 75201-3136

Defendant, in the above styled and numbered cause:

YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Attached is a copy of the PLAINTIFFS ORIGINAL PETITION of the PLAINTIFF in the above styled and numbered cause, which was filed on APRIL 14, 2016 in the 345TH JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, April 15, 2016.

REQUESTED BY:
MARK G LAZARZ
11 GREENWAY PLAZA, SUITE 1515
HOUSTON, TX 77046
BUSINESS PHONE:(713)621-2277  FAX:(713)621-0993

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: RUBEN TAMEZ

-- -- - - - - - - - - - - - R E T U R N -- -- - - -- -- - -- - --

Came to hand on the _____ day of _____, _____ at _____ o'clock ____ M., and

executed at _____ within the County of

_____ on the _____ day of _____, _____, at _____ o'clock ___ M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the PLAINTIFFS ORIGINAL PETITION, LAWYE

REFERRAL accompanying pleading, having first attached such copy of such citation to such copy of

pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

_____
Sheriff / Constable / Authorized Person

Sworn to and subscribed before me this the

By:_____

_____ day of _____, _____

_____
Printed Name of Server

_____
_____ County, Texas

_____
Notary Public, THE STATE OF TEXAS

D-1-GN-16-001595                    SERVICE FEE NOT PAID              P01 - 000039484

☐ Original      ☐ Service Copy