# EXHIBIT D

## CAUSE NO. D-1-GN-16-001595

**SARAH SOISSON**
**VS.**

IN THE 345TH JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS

**NUANCE COMMUNICATIONS, INC.**

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, __Guy C. Connelly__ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is __Guy C. Connelly__ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:
   2701 W. 15th, Plano, TX 75075

(SERVER'S ADDRESS)

2. ON __4/18/16__ (DATE) AT __10:00__ (A) M (TIME) CITATION, PLAINTIFF'S ORIGINAL PETITION came to hand for delivery to NUANCE COMMUNICATIONS INC BY SERVING CT CORPORATION SYSTEM ( REGISTERED AGENT).

3. ON __4/18/16__ (DATE) AT __11:15__ (A) M (TIME) - The above named documents were delivered to: NUANCE COMMUNICATIONS INC BY SERVING CT CORPORATION SYSTEM ( REGISTERED AGENT) by delivering to

__TERI THONGSAVAT P.S.__

(NAME AND TITLE), authorized agent for service @

__1999 BRYAN, SUITE 900, DALLAS, TX 75201__

(ADDRESS), by CORPORATE Service

**SIGNATURE**
SCH# __2201__ EXPIRATION: __7/30/18__

__Guy C. Connelly__
**AFFIANT PRINTED NAME**

SWORN TO AND SUBSCRIBED before me by __Guy C. Connelly__ appeared on this __18__ day of __APRIL__, 2016 to attest witness my hand and seal of office.

**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

2016.04.137958
ANNA M CONNELLY
My Commission Expires
March 1, 2019